# EXHIBIT 1

## *Weissberg and Associates, Ltd.*

401 South LaSalle Street
Suite 403
Chicago, IL 60605

Ph:312-663-0004          Fax:312-663-1514

LaGrange Ventures, LLC                                                January 13, 2016
175 North Franklin
Sutie 201
Chicago, Illinois
60606

                                                                 File #:      1692-001
**Attention:**                                                   Inv #:       4330

RE:     In Re: LaGrange Investments, LLC, Case No. 14-41585

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| MATTER: | 1692-001 | | | |
| RE: | In Re: LaGrange Investments, LLC -- General Administration | | | |
| Nov-16-14 | T/C with Ira Nevel re: financial issues of LaGrange Venures, LLC | 0.50 | 225.00 | AW |
| Nov-17-14 | Meeting with Ira Nevel and Tim Yuell re: bankruptcy for LaGrange Ventures, LLC | 1.50 | 675.00 | AW |
| Nov-18-14 | Preparation of Ch. 11 Petition and initial Schedules (1.00); T/C with Gretchen Silver re: need to file Schedule F creditors (.20) | 1.20 | 540.00 | AW |
| | Conference with AW and GM related to new case and strategy | 0.50 | 162.50 | DS |
| Nov-24-14 | T/C with Ira Nevel re: status and strategy | 0.20 | 90.00 | AW |
| Dec-03-14 | Meeting with Ira Nevel and Robert Wakefield for initial debtor interview | 1.00 | 450.00 | AW |
| Dec-04-14 | Exchange of emails with Ira Nevel re: State Court pleadings; review of same | 1.00 | 450.00 | AW |
| Dec-05-14 | Exchange of emails with Gretchen Silver re: Schedules and Motion to Employ Attorney | 0.20 | 90.00 | AW |
| Dec-10-14 | Preparaiton for and attending First Meeting of | 2.00 | 900.00 | AW |

|            |                                                                                  |       |           |      |
|------------|----------------------------------------------------------------------------------|-------|-----------|------|
|            | Creditors with post-meeting discussion with Attorney, Noah Weininger and Ira Nevel |       |           |      |
| Dec-22-14  | Preparation of Motion to Employ Broker                                           | 1.00  | 450.00    | AW   |
| Feb-17-15  | Court appearance on status hearing                                               | 1.00  | 450.00    | AW   |
| Mar-10-15  | Court appearance on Chapter 11 status                                            | 1.00  | 450.00    | AW   |
| Mar-31-15  | Prepare for court tomorrow                                                       | 0.50  | 187.50    | RK   |
| Apr-01-15  | Attending court- judge continued matter for status to April 22, 2015             | 1.00  | 375.00    | RK   |
| Apr-02-15  | Work on Motion for Turnover                                                      | 1.50  | 675.00    | AW   |
|            | Performed case research on WestLaw for Motion for Turnover                       | 0.75  | 112.50    | para |
|            | Prepared Draft of Motion for Turnover                                            | 3.00  | 450.00    | para |
| Apr-03-15  | Telephone call with IRA Nevel re: strategy                                       | 0.30  | 135.00    | AW   |
| Jul-29-15  | Attending Court on Motion for Turnover relating to Receiver                      | 1.00  | 450.00    | AW   |
| Nov-04-15  | Court appearance on Chapter 11 status                                            | 1.00  | 450.00    | AW   |
| Dec-12-15  | T/C with Ira Nevel re: real estate tax refund                                    | 0.20  | 90.00     | AW   |
|            | MATTER TOTALS:                                                                   | 20.35 | $7,857.50 |      |

MATTER:   1692-002
RE:       ==In Re: LaGrange Ventures LLC -- Relations with Wells-Fargo==

|            |                                                                       |      |        |    |
|------------|-----------------------------------------------------------------------|------|--------|----|
| Nov-24-14  | T/C with Noah Weininger re: Motions to Modify Automatic Stay          | 0.20 | 90.00  | AW |
| Dec-04-14  | Letter to Noah Weininger re: proposal                                 | 0.30 | 135.00 | AW |
| Dec-05-14  | Review of letter from Noah Weininger re: settlement proposal          | 0.20 | 90.00  | AW |
| Dec-10-14  | Second Letter to Noah Weininger with settlement proposal              | 0.20 | 90.00  | AW |

Case 14-41585    Doc 285    Filed 01/30/16    Entered 01/30/16 18:06:55    Desc Main
                         Document      Page 4 of 17

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-11-14 | Exchange of emails with Ira Nevel and Noah Weininger re: paid real estate taxes | 0.50 | 225.00 | AW |
| Dec-16-14 | Court appearance on Wells Fargo's Motion to Dismiss and Motion to Vacate Automatic Stay (1.00); long T/C with Ira Nevel re: strategy (.50) | 1.50 | 675.00 | AW |
| Dec-22-14 | Preparation of Motion to Borrow Funds (1.0). | 1.00 | 450.00 | AW |
| Dec-23-14 | Court appearance on Motion to Appoint and status (1.00); preparation of Motion to Appoint Real Estate Broker and Affidavit of Rebecca Lundstrom (1.50) | 2.50 | 1,125.00 | AW |
| Dec-24-14 | Conversation with Ira Nevel re: settlement (.30); settlement letter to Noah Weinninger (.20) | 0.50 | 225.00 | AW |
| Dec-29-14 | Work on response to Wells Fargo's Motion to Dismiss and Motion to Modify Stay | 3.50 | 1,575.00 | AW |
| Dec-30-14 | Work on response to Combined Motion to Dismiss and Motion to Modify Automatic Stay (2.50); T/C with Noah Weinger re: settlemenet (.20) long T/C with Ira Nevel re: settlement (.50) | 3.20 | 1,440.00 | AW |
| Jan-05-15 | Work on Joint Pretrial Statement | 1.00 | 450.00 | AW |
| Jan-06-15 | T/C with Ira Nevel re: settlement with Wells Fargo and letter to Noah Weininger re: same | 0.30 | 135.00 | AW |
| Jan-07-15 | T/C with Ira Nevel re: settlement status with Wells Fargo | 0.20 | 90.00 | AW |
| Jan-08-15 | Meeting with Ira Nevel re: trial preparation and settlement with conference calls with Noah Weininger and calls to Bekka Bergstrom, real estate broker and Jim Hockman, real estate lawyer on deal, all included | 1.00 | 450.00 | AW |
| Jan-10-15 | T/C with Ira Nevel re: trial preparation | 0.20 | 90.00 | AW |
| Jan-12-15 | Work on Pre-Trial Statement to add witnesses and exhibits (1.0); T/C's and exchange of emails with Ira Nevel re: trial prepraation and pre-trial requirements (1.00); preparation of Motion for Protective Order and preparation of | 3.50 | 1,575.00 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Protective Order (1.00); exchanges of emails with Noah Weininger re: pre-trial matters (.50) | | | |
| Jan-13-15 | Trial preparation, including meeting with Ira T. Nevel and T/C interview with Rebecca Lundstrom to prepare them as witnesses | 5.00 | 2,250.00 | AW |
| Jan-14-15 | Trial preparation, including preparation of opening statement (3.00); attending trial on Motion to Modify Stay, Motion to Dismiss, Motion to Sell, Motion for Protective Order, Motion to Appoint Real Estate Broker and Motion to Borrow Funds (5.00) | 8.00 | 3,600.00 | AW |
| Jan-19-15 | Preparation of Order on 1/14/15 Motions (.50); T/c with Ira Nevel re: settlement with Wells Fargo (.20); settlement letter to Weininger (.30) | 1.00 | 450.00 | AW |
| Jan-20-15 | Exchanges of emails with Noah Weininger re: order on Motion to Borrow and Motion to Modify Stay | 0.20 | 90.00 | AW |
| Jan-21-15 | Court appearance on Motion to Borrow and Motion to Modify Stay | 1.00 | 450.00 | AW |
| Feb-04-15 | T/C with Noah Weininger re: settlement status | 0.20 | 90.00 | AW |
| Feb-25-15 | Meeting with Ira Nevel to discuss status and stratgegy, including emails to Noah Weininger and T/C with funding source | 1.00 | 450.00 | AW |
| Mar-24-15 | Exchange of emails with Noah Weininger and Ira Nevel re: offer to purchase property (.20); T/C with Ira Nevel re: strategy (.30) | 0.50 | 225.00 | AW |
| Mar-25-15 | T/C with Noah Weininger re: settlement (.20). | 0.20 | 90.00 | AW |
| Apr-22-15 | Court appearance on Motion to Turnover (1.00); Post-cout T/C with Noah Weininger re: Motion for Turnover (.20); T/C with Don Shapiro, the receiver re: deferred maintenance | 1.20 | 540.00 | AW |
| Apr-23-15 | Exchange of emails with Noah Weinenger re: Property Assessment Report | 0.20 | 90.00 | AW |
| May-12-15 | Prepare and attend court on Motion to Lift Stay and other pending matters (1.00); T/C with Ira Nevel re: strategy (.20); T/C with | 1.40 | 630.00 | AW |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Noah Weininger re: depositions for 6/8/15 trial (.20) | | | |
| May-13-15 | Exchanges of emails with Ira Nevel re: documents for exhibits and testimony at upcoming evidentiary hearing on 6/8/15, including T/C with Ira Nevel re: same | 1.00 | 450.00 | AW |
| May-15-15 | Meeting with Ira Nevel to prepare for deposition and hearing (1.00); preparation of settlement letter (.20); work on deposition and trial preparation of (2.0) | 3.70 | 1,665.00 | AW |
| May-17-15 | work on preparation for depositions; including review of documents provided by Noah Weininger | 3.50 | 1,575.00 | AW |
| May-18-15 | Preparation for depositions (1.50); attending deposition of Greg Hoffman (2.50); attending deposition of Marisa McGaughey (1.50); post-deposition conversation with Noah Weininger, opposing counsel, re: trial-related issues (.50); preparation of supplemental Request to Production to request production of Purchase and Repurchase Agreement (.25); post-deposition T/C with Ira Nevel re: status and strategy (.50); post-deposition recap of information and notes in preparation for trial (1.75) | 8.50 | 3,825.00 | AW |
| May-19-15 | T/C with roofing contractor re: inspection for 6/8/15 evidentiary hearing (.20); long T/C and exchange of emails with Ira Nevel re: 6/8/15 evidentiary hearing and Notice of Deposition for his examination on 5/22/15 (.70); exchange of emails with Noah Weininger re: Nevel examinaiton and production of documents (.20); preparation of Supplemental Request for Production to Wells Fargo (.20) | 1.30 | 585.00 | AW |
| May-20-15 | preparation for exam of Bryon Nockow (.50); attending deposition of Bryan Nickow and post-dep settlement discussions with Noah Weininger (2.00); exchange of emails with Ira Nevel re: status (.20) | 2.70 | 1,215.00 | AW |
| May-22-15 | Work on trial preparation, including compiling exhibits (2.00); exchange of emails with re: Plan and Disclosure Statement (.20) | 2.20 | 990.00 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-26-15 | Work on Response to Second Motion to Lift Stay (8.00); T/C's with Ira Nevel re: Strategy (.5); Revisions to List of Witnesses and Exhibits (1.00) | 9.50 | 4,275.00 | AW |
| May-27-15 | Meeting with Ira Nevel to prepare for his deposition (.75); attending Ira Nevel deposition and post-deposition settlement conference with Noah Weininger (4.50) | 5.25 | 2,362.50 | AW |
| May-28-15 | Preparation of Objection to Exhibits (1.00); preparation of Motion in Limine (2.00) | 3.00 | 1,350.00 | AW |
| May-29-15 | Preparation of Motion to Sell Real Estate | 1.00 | 450.00 | AW |
| Jun-02-15 | Work on trial preparation | 2.50 | 1,125.00 | AW |
| Jun-03-15 | Work on trial preparation, including cross-examination and direct testimony (3.75); long T/C with Ira Nevel re: same and strategy (.50) | 4.25 | 1,912.50 | AW |
| Jun-04-15 | Work on trial preparation, including meeting with Ira Nevel and staff (4.50); two T/C's with Noah Weininger to arrange order of testimony for witnesses for 6/8/15 evidentiary hearing (.70); long T/C with roofing witness, Terry Smyrniotis of Windward Roofing to prepare him for testimony (.50); numerous T/C's with Rebecca Lundstrom, broker, to discuss testimony and status of real estate contract (.50) | 4.00 | 1,800.00 | AW |
| Jun-05-15 | Prepare objection to Wells proof of claim (1.0) work on trial prep including exhibits (3.00) | 4.00 | 1,800.00 | AW |
| Jun-06-15 | Preparation for evidentiary hearing on 6/8/15, including meeting with Ira Nevel to preprae his testimony | 4.00 | 1,800.00 | AW |
| Jun-07-15 | Trial preparation, including legal fees research | 5.25 | 2,362.50 | AW |
| Jun-08-15 | Prepare for and attend evidentiary hearing on Wells Fargo Motion to Vacate Automatic Stay and Debtor's Motion for Turnover | 10.00 | 4,500.00 | AW |
| Jun-09-15 | Court appearance on ruling and post-court discussion with Ira Nevel and GM | 1.00 | 450.00 | AW |
| Jun-10-15 | T/C with Bryan Nickow re: outstanding | 1.00 | 450.00 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | balance due to receiver (.20); exchange of emails with Nevel re: payment (.20); preparation of draft order (.30); T/C and exchange of emails with Noah Weininger re: draft order (.50) | | | |
| Jun-29-15 | Preparation of Request to Produce and Interrogatories | 1.00 | 450.00 | AW |
| Jun-30-15 | Court appearance on objection to claim of Wells Fargo (1.00); post-court T/C with Ira Nevel re: Judge's decision (.20) | 1.20 | 540.00 | AW |
| Jul-02-15 | O/C with GM re: Motion to Reconsider Court's decision on objection to claim | 1.00 | 450.00 | AW |
| Jul-08-15 | Work on Motion to Reconsider 6/30/15 decision on default interest pursuant to objection to claim | 2.50 | 1,125.00 | AW |
| Jul-13-15 | T/C with Noah Weininger re: settlement | 0.20 | 90.00 | AW |
| Jul-14-15 | Court appearance on status on Objection to Claim | 1.00 | 450.00 | AW |
| Jul-21-15 | Court appearance on LaGrange Motion to Reconsider and LaGrange Motion for Turnover | 1.00 | 450.00 | AW |
| Jul-28-15 | Preparation of Motion to Modify Automatic Stay | 1.50 | 675.00 | AW |
| Aug-04-15 | Work on Motion to Alter or Amend July 21, 2015 hearing, including research. | 2.50 | 1,125.00 | AW |
| Aug-05-15 | Work on responses to Wells Fargo Document Request and Interrogatories (3.00); work on Motion for Authority to Borrow Funds (1.50) | 4.50 | 2,025.00 | AW |
| Aug-06-15 | Prepare Subpoenas to Well's experts (.50); review discovery responses of Wells (.75); trial preparation and meeting with Ira Nevel re: same (1.50); preparation of Response to Interrogatories and Responses to Document Request (2.00) | 4.75 | 2,137.50 | AW |
| Aug-11-15 | Exchanges of emails with Noah Weininger concerning discovery dispute and enclosing documents, including T/C with Noah Weininger to resolve discovery dispute (1.00); preparation of Response to Wells Fargo's Motion to Compel (1.00); T/C with Kim Piet, | 2.20 | 990.00 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | office manager of Law Offices of Ira T. Nevel concerning need for additional documents (.20) | | | |
| Aug-12-15 | Court appearance on Wells Motion to Compel and LaGrange Motion to Modify the Automatic Stay (1.00); T/C with Nevel re: status and strategy (.50). | 1.50 | 675.00 | AW |
| Aug-13-15 | Preparation for examination of expert witnesses Greg DeClarke of CBRE by reviewing appraisal and preparing exhibits and questions (1.25); Attending examination of DeClarke and post-deposition discussion with Weininger (1.50) | 2.75 | 1,237.50 | AW |
| Aug-14-15 | Preparation for evidentiary hearing (1.50); T/C with Joseph Charneske CPA's office re: subpoena (.20); exchanges of emails with Noah Weininger re: depositions (.50) | 2.20 | 990.00 | AW |
| Aug-17-15 | Travel to and attend deposition of expert witness, Tammy Spilis | 3.00 | 1,350.00 | AW |
| Aug-19-15 | Work on trial preparation (2.00); preparation of List of Witnesses (.75); preparation of List of Exhibits (1.25) | 4.00 | 1,800.00 | AW |
| Aug-20-15 | Preparation for evidentiary hearing on 8/25/15 | 3.50 | 1,575.00 | AW |
| Aug-21-15 | Meeting with Ira Nevel to prepare for LaGrange confirmation hearing and work on preparation for same (2.00); T/C with Becca Lundstrom to prepare her for her testimony (.75); trial preparation (2.00) | 4.75 | 2,137.50 | AW |
| Aug-22-15 | Work on Exhibit List and Witness List; prepare for trial | 4.00 | 1,800.00 | AW |
| Aug-23-15 | Work on Response to Objection to Confirmation | 6.00 | 2,700.00 | AW |
| Aug-24-15 | Work on Response to Motion in Limine (2.00) T/C's with Ira T. Nevel re: confirmation testimony (1.00); preparation for confirmation hearing (4.00); T/C with Becca Lundstrom re: preparation for testimony (.75); revisions to Response to Well's Objection to confirmation (2.50) | 10.25 | 4,612.50 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-25-15 | Prepare for and attend confirmation hearing on LaGrange Plan and Disclosure Statement and continued Motion of Wells Fargo to Modify the Automatic Stay | 10.00 | 4,500.00 | AW |
| Oct-26-15 | Review and revise Guaranty Agreement from Wells Fargo Bank (.75); preparation of new Guaranty Agreement with Wells Fargo Bank (1.00); email to Noah Weininger concerning personal guaranty of the Law Offices of Ira T. Nevel (.20); T/C's with Ira Nevel re: same (.20); | 2.05 | 922.50 | AW |
| | Exchange of emails and T/C with Ira Nevel re: guaranty (.40); review of proposed Guaranty produced by Noah Weininger (.40); preparaton of alternate Guaranty (1.00) | 1.80 | 810.00 | AW |
| Oct-27-15 | Prepare for and attend court on Wells Fargo's Motion for Relief From Stay (1.00); Exchanges of emails with Noah Weininger re: letter for tax refund (.20) | 1.20 | 540.00 | AW |
| Oct-30-15 | T/C with Noah Weininger re: outstanding issues, including guaranty, real estate taxes and receiver fees | 0.20 | 90.00 | AW |
| Nov-06-15 | T/C with Ira Nevel re: issues with Wells Fargo including Receiver fees, real real taxes and guaranty  (.20); exchange of emails with Noah Weininger re: real estate tax refund (.20) | 0.45 | 202.50 | AW |
| Nov-16-15 | Review of Motion for Contempt and Motion to Reclassify Claim (.75); T/C with Ira Nevel re: Motions (.50); T/C with Noah Weininger re: Motions (.20) | 1.45 | 652.50 | AW |
| Nov-17-15 | Court appearance on Wells Fargo's Motion to Alter and Amend Judgment and Motion to Enforce Order | 1.00 | 450.00 | AW |
| Nov-19-15 | Researched and Drafted Motion to Abstain | 7.25 | 2,175.00 | DS |
| Nov-24-15 | Preparation for hearing on Motion to Enforce Order of 1/21/15 and Hold  Debtor in Civil Contempt and Motion to Modify Order on Debtor's Objection to Claim (.50); court appearance on Motion to Enforce Order of 1/21/15 and Hold  Debtor in Civil Contempt and Motion to Modify Order on Debtor's | 2.00 | 900.00 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Objection to Claim and post-court conference with constituents, including Ira T. Nevel (1.50); | | | |
| Nov-30-15 | T/C and exchanges of emails with Ira Nevel and Noah Weininger re: resolution of two pending Motions | 0.75 | 337.50 | AW |
| Dec-01-15 | Prepare for and attend court on various Motions | 1.50 | 675.00 | AW |
| | Attending hearing on Wells Fargo's Motions relating to receiver and real estate taxes | 1.00 | 450.00 | AW |
| Dec-15-15 | T/C's and exchange of emails with Nevel re: real estate tax attorney and tax refund | 0.75 | 337.50 | AW |
| Dec-23-15 | Exchange of emails with Ira Nevel re: status and strategy (.20); preparation of prposed orderon real estate taxes (1.00); letter to Noah Weininger re: real estate tax refund (.20) | 1.40 | 630.00 | AW |
| Dec-30-15 | T/C's and exchanges of email with Ira Nevel re: proposed order to resolve Motion of Wells Fargo on real estate taxes (1.00); preparation and revisions to proposed order (1.00) | 2.00 | 900.00 | AW |
| Jan-04-16 | Review of Motion to Disallow filed by Ira T. Nevel in Foreclosure action (.25); preparaiton of otion to Abstain (2.00) | 2.25 | 1,012.50 | AW |
| Jan-06-16 | Court appearance on Motion to Abstain | 1.00 | 450.00 | AW |
| Jan-11-16 | T/C and exchange of emails with Noah Weininger re: proposed court order | 0.20 | 90.00 | AW |
| Jan-12-16 | Court appearance on Motion to Abstain and Motion to Alter and Amend Judgment relating to real estate taxes | 1.00 | 450.00 | AW |
| | MATTER TOTALS: | 221.90 | $98,767.50 | |

MATTER: 1692-003
RE: In Re: LaGrange Ventures, LLC -- Plan and Disclosure Statement

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-26-14 | Work on Plan of Reorganization and Disclosure Statement | 3.00 | 1,350.00 | AW |
| Jan-12-15 | Revisions to Plan (1.25); preparation of Disclosure Statement (3.75) | 5.00 | 2,250.00 | AW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-25-15 | T/C with Gretchen Silver re: exclusivity (.2) | 0.20 | 90.00 | AW |
| Mar-27-15 | T/C with Ira Nevel re: Plan of Reorganization | 0.20 | 90.00 | AW |
| Mar-30-15 | Preparation of First Amended Plan and Disclosure status | 3.50 | 1,575.00 | AW |
| Mar-31-15 | Court appearance on Motion to Extend Exclusivity | 1.00 | 450.00 | AW |
| May-11-15 | T/C with accountant, Joseph Charneske, re: projections for Disclosure Statement (.20); revisions to Disclosure Statement (.50) | 0.70 | 315.00 | AW |
| Jun-04-15 | Work on revisions to Plan and Disclosure Statement | 1.50 | 675.00 | AW |
| Jun-05-15 | Continue working on revisions to plan and disclosure statement | 2.00 | 900.00 | AW |
| Jul-28-15 | T/C with Ira Nevel re: revisions to Plan and Disclosure Statement (.50); work on revisions to Plan and Disclosure Statement (2.00); preparation of Ballot and Notice to Creditors (.75) | 3.25 | 1,462.50 | AW |
| Aug-06-15 | Communication with unsecured creditors to obtain ballots | 1.00 | 450.00 | AW |
| Aug-10-15 | Meet with staff to discuss and advance voting by Creditors. | 1.00 | 450.00 | AW |
| Aug-12-15 | Preparation of Ballot Report and legal research on Rule 3018 temporary allowance (1.75). | 1.75 | 787.50 | AW |
| Aug-24-15 | preparation of Modified Third Amended Plan of Reorganization | 1.25 | 562.50 | AW |
| Aug-31-15 | Revisions to Plan to comport with findings of the Court and subsequent revisions per discussions with Noah Weininger (1.00); T/C's and exchange of emails with Asst. U.S. Trustee, Denise DeLaurent and Noah Weininger re: Fourth Amended Plan (1.00) | 2.00 | 900.00 | AW |
| Sep-01-15 | Court appearance on continued confirmation hearing | 1.00 | 450.00 | AW |
| Sep-08-15 | Court appearance on confirmation (1.00); T/C with Ira Nevel re: status (.20); exchange of | 1.90 | 855.00 | AW |

|  |  |  |  |  |
|---|---|---|---|---|
|  | emails with Grethcen Silver re: status (.20); revisions to Plan (.50) |  |  |  |
| Sep-09-15 | Court appearance on continued confirmation hearing | 1.00 | 450.00 | AW |
|  | MATTER TOTALS: | 31.25 | $14,062.50 |  |
| MATTER: RE: | 1692-004<br>==LaGrange Ventures, LLC -- Sale of Orland Park Property== |  |  |  |
| Dec-04-14 | Initial preparation of Motion to Sell Real Estate | 1.50 | 675.00 | AW |
| Dec-15-14 | Finalize Motion to Sell Real Property | 1.00 | 450.00 | AW |
| Jun-04-15 | Preparation of Motion to Sell Real Property to GW Properties Pursuant to Section 363 | 0.75 | 337.50 | AW |
| Jul-13-15 | T/C's and exchange of emails with Rebecca Lumdstrom, broker re: new deal (.50); exchange of emails with Teitelbaum prospective purchaser re: purchase (.40); T/C 's and emails with Ira Nevel re: sale-related issues, including listing agreement (.70) | 1.60 | 720.00 | AW |
| Jul-14-15 | Exchange of emails to Lundstrom and Nevel re: sale to Shai Wolkiwicki, prospective purchaser | 0.40 | 180.00 | AW |
| Jul-22-15 | T/C with Ira Nevel re: status and strategy, including sale of property | 0.20 | 90.00 | AW |
|  | MATTER TOTALS: | 5.45 | $2,452.50 |  |
| MATTER: RE: | 1692-005<br>==In Re: LaGrange Ventures, LLC--Appeal== |  |  |  |
| Sep-17-15 | Review and Research in preparation for Appeal Brief re: inability of retroactive application of default interest | 3.50 | 1,050.00 | DS |
| Sep-21-15 | Preparation of Designation on Appeal | 1.00 | 450.00 | AW |
| Sep-30-15 | Court appearance on status of appeal | 1.00 | 450.00 | AW |
| Oct-06-15 | Begin drafting opening Appellate brief; review | 4.50 | 1,350.00 | DS |

|           |                                                                                                                                                        |      |          |    |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----|
|           | judge's transcripts of the orders and case history                                                                                                     |      |          |    |
| Oct-12-15 | Work with EK on Appellate brief                                                                                                                        | 2.00 | 900.00   | AW |
| Oct-13-15 | Work on drafting argument section of the brief                                                                                                         | 0.50 | 150.00   | DS |
| Oct-14-15 | Continue drafting Appellant's opening brief                                                                                                            | 3.75 | 1,125.00 | DS |
| Oct-15-15 | Continue drafting Appelant's opening brief                                                                                                             | 3.00 | 900.00   | DS |
| Oct-16-15 | Research retroactivity in caselaw for the argument that retroactivity can not be used to cause harm on injustice (1.00); work on drafting opening brief (2.50) | 3.50 | 1,050.00 | DS |
| Oct-18-15 | Continue working on appellate brief                                                                                                                    | 5.00 | 1,500.00 | DS |
| Oct-21-15 | Continue revising appellate brief, including research on the BMO Harris Affidavit                                                                      | 4.00 | 1,200.00 | DS |
| Oct-22-15 | Review and revisions to Appellate Brief                                                                                                                | 1.50 | 675.00   | AW |
| Oct-26-15 | Further revisions to Appellate brief                                                                                                                   | 3.00 | 1,350.00 | AW |
| Oct-27-15 | T/C's with Ira Nevel to discuss changes to appellate brief (.50); work on Appellate Brief (5.50)                                                       | 6.00 | 2,700.00 | AW |
| Oct-28-15 | Final revisions to Appellant's brief and appendix                                                                                                      | 7.00 | 3,150.00 | AW |
| Nov-24-15 | Review Wells's response and begin draft memo on argument                                                                                               | 3.00 | 900.00   | DS |
| Dec-01-15 | Finalize Memo re: LaGrange's possible Reply to Wells's Response to LaGrange's appeal                                                                   | 2.00 | 600.00   | DS |
| Dec-09-15 | Work on reply brief                                                                                                                                    | 1.75 | 787.50   | AW |
|           | Begin drafting reply to Appellee's Brief                                                                                                               | 8.00 | 2,800.00 | DS |
| Dec-10-15 | Continue drafting reply to Appellee's brief                                                                                                            | 3.50 | 1,225.00 | DS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-11-15 | Finalize Reply Brief | 4.00 | 1,800.00 | AW |
| | **MATTER TOTALS:** | 71.50 | $26,112.50 | |
| | Total Legal Fees: | 350.45 | $149,252.50 | |

## DISBURSEMENTS

MATTER:    1692-001
RE:        In Re: LaGrange Investments, LLC -- Gen. Administration:

| Date | Description | Amount |
|---|---|---|
| | Filing Fees for Ch. 11 Petition, Motion for Relief, etc. Service of Process on Jonathan Dixon and | 1,777.00 |
| Aug-06-15 | Bryan Nickow | 235.00 |
| | Subpoena Fee for Deposition | |
| | Subpoena Fee for Deposition | 40.00 |
| | Client Expenses for accessing Federal Court | 40.00 |
| Sep-30-15 | System (7/1/15 to 9/30/15) | 38.00 |
| | Service of Process on Jonathan Dixon and | |
| Jan-05-16 | Bryan Nickow - Void | -235.00 |
| | **MATTER TOTALS:** | **$1,895.00** |

MATTER:    1692-002
RE:        In Re: LaGrange Ventures LLC -- Relations with Wells-Fargo

| Date | Description | Amount |
|---|---|---|
| | Filing Fee for Motion for Relief From Stay | 176.00 |
| | Lexis/Westlaw | 98.22 |
| Jan-12-15 | Photocopies of Pre-Trial Submission | 184.90 |
| Jan-23-15 | Courier Services | 7.50 |
| Apr-30-15 | Photocopies through 4/30/15 | 273.15 |
| | Postage through 4/30/15 | 24.39 |
| May-07-15 | Service of Process on Bryan Nickow (Case No. 14-B-41 | 40.00 |
| | Service of Process of Subpoenas on Gregory Hoffman of ProGEA, Inc. (several attempts at different addresses) | 210.00 |
| | Service of Process of Subpoenas on Matt Sutliff of Hudson Americas, LLC | 125.00 |
| May-19-15 | Travel Costs to attend depositions in Dallas, Texas | 287.00 |
| Jun-05-15 | Courier Services | 7.50 |
| | Photocopies on Pacer | 16.30 |
| Jul-01-15 | Service of Process (Rush) on Bryan Nickow to appear at trial | 140.00 |

Case 14-41585    Doc 285    Filed 01/30/16    Entered 01/30/16 18:06:55    Desc Main
                    Document      Page 16 of 17

| Date | Description | Amount |
|---|---|---|
| Jul-23-15 | Court Reporter -- Transcript of In Re: LaGrange Ventures Court Decision on 7/21/15 | 55.00 |
| Aug-12-15 | Office Expense -- Photocopies | 300.00 |
| Aug-13-15 | Court Reporter for Deposition of George DeClark on 8/13/15 | 243.75 |
| Aug-17-15 | Court Reporter -- Transcript of In Re: LaGrange Ventures Court Decision on 8/12/15 | 34.00 |
| Aug-25-15 | Courier Services | 7.50 |
|  | Courier Services | 7.50 |
| Sep-11-15 | Courier Services | 7.50 |
| Sep-16-15 | Courier Services | 7.50 |
|  | Court Reporter -- Transcript of In Re: LaGrange Ventures Court Decision on 6/30/15 | 49.00 |
| Sep-22-15 | Court Reporter -- Transcripts of LaGrange Hearing on 8/25/15 | 126.00 |
| Dec-31-15 | Client Expenses for accessing Federal Court System (10/1/15 to 12/31/15) | 0.80 |

            MATTER TOTALS:                                    $2,428.51

MATTER:     1692-003
RE:         In Re: LaGrange Ventures, LLC -- Plan and Disclosure Statement

| Date | Description | Amount |
|---|---|---|
| Jan-12-15 | Photocopies | 4.30 |
| Jul-28-15 | PACER Charges for pulling copies of filed Plan & Disclosure Statement + Exhibits to send to Creditors ASAP | 16.90 |
| Sep-10-15 | Court Reporter (Excerpt of 8/25/15 Hearing) | 34.00 |

            MATTER TOTALS:                                    $55.20

MATTER:     1692-004
RE:         LaGrange Ventures, LLC -- Sale of Orland Park Property

| Date | Description | Amount |
|---|---|---|
|  | Filing Fees (2) for Motions to Sell Real Property | 352.00 |
| Dec-15-14 | Photocopies of File-Stamped Motion to Sell Property | 1.20 |
| Dec-16-14 | Photocopies of Motion to Sell to Service List | 27.90 |
| Jun-11-15 | Photocopies of Motion to Sell Property to Service List | 27.90 |

            MATTER TOTALS:                                    $409.00

RE:   In Re: LaGrange Ventures, LLC--Appeal of Orders relating to Objection to Claim

|  |  |  |
|---|---|---|
|  | Filing Fee for Notice of Appeal | 298.00 |
| Sep-23-15 | Courier Services | 7.50 |
|  | MATTER TOTALS: | $305.50 |
|  | Total Disbursements: | $5,093.21 |
|  | **Total Fee & Disbursements** | **$154,345.71** |
|  | Retainers Applied | 21,717.00 |
|  | **Balance Now Due** | **$132,628.71** |

**PAYMENT DETAILS**

| Nov-18-14 | Retainer | 21,717.00 |
|---|---|---|
|  | **Total Payments** | **$21,717.00** |

# TERMS:  NET 15 DAYS