UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>LAGRANGE VENTURES, LLC<br><br>Debtor(s) | BK No.:  14-41585<br><br>Chapter:  11<br><br>Honorable Deborah L. Thorne |

**ORDER ON FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE ATTORNEYS OF WEISSBERG AND ASSOCIATES, LTD., COUNSEL TO LAGRANGE VENTURES, LLC, FOR THE PERIOD FROM NOVEMBER 16, 2014 THROUGH JANUARY 13, 2016**

THIS CAUSE coming on to be heard on the Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Attorneys of Weissberg and Associates, Ltd., Counsel to LaGrange Ventures, LLC, for the Period from November 16, 2014 through January 13, 2016 ("Application"); due and proper notice having been duly given; the Court having reviewed the Application; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. Ariel Weissberg and the law firm of Weissberg and Associates, Ltd. (collectively, "Applicants") are allowed $149,252.50 in final compensation for Applicants' legal services during the Application Period;

2. Applicants are allowed $4,994.99 as reimbursement for costs and expenses incurred by Applicants during the Application Period;

3. LaGrange Ventures, LLC is directed to pay Applicants $132,628.71 in legal fees and expenses, after application of the Advanced Payment Retainer paid to Applicants in the amount of $21,717.00.

Enter:

*[signature]*

United States Bankruptcy Judge

Dated: **16 FEB 2016**

**Prepared by:**
Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004
F. 312-663-1514
Attorney No. 03125591

Rev: 20151029_bko