UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-41585 |
| LAGRANGE VENTURES, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION FOR FINAL DECREE

THIS CAUSE coming on to be heard on the Debtor's Motion for Final Decree; due and proper notice having been duly given; the Court being fully advised in the premises;

IT IS HEREBY ORDERED a final decree is entered in this case pursuant to Federal Rule of Bankruptcy Procedure 3022.

Enter: *(signature)*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  January 15, 2019

**Prepared by:**

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T.  312-663-0004
F.  312-663-1514
Attorney No. 03125591